```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
HEATHER CUCCIA,                                     :
                                                    :
                        Plaintiff,                  :
                                                    :        24 Civ. 2091 (JPC)
        -v-                                         :
                                                    :                ORDER
GENESIS BAYUELO-PERRI and HF MANAGEMENT             :
SERVICES, LLC d/b/a HEALTHFIRST, INC.,              :
                                                    :
                        Defendants.                 :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Defendant HF Management Services, LLC's submission from Vice President and Associate General Counsel Joshua Pike certifying under penalty of perjury that Defendant did not receive service of Plaintiff's initial pleading or summons. Dkt. 22. By October 16, 2024, Plaintiff shall file a letter advising the Court whether she continues to pursue her motion for remand, Dkt. 9, in light of Mr. Pike's affidavit.

SO ORDERED.

Dated: October 11, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge