# GODDARD LAW PLLC

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.964.1178

Fax. 212.208.2914

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

October 16, 2024

**BY ECF**
Honorable John P. Cronan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Re: **Cuccia v. HF Management Services LLC d/b/a Healthfirst, Inc. et al.**
> **1:24-cv-02091 (JPC)**

Dear Judge Cronan:

    This firm represents Plaintiff Heather Cuccia ("Plaintiff") in the above-referenced action. We write advising this Court that Plaintiff will not continue to pursue her Motion to Remand the case to State Court in light of Mr. Joshua Pike's affidavit (Docket No. 22). Furthermore, Plaintiff respectfully requests this Court for an extension of time of 20 days to file her complaint. This is Plaintiff's first request for an extension of time to file her Complaint.

    We thank the Court for its time and attention to this matter and its consideration of this request.

Respectfully submitted,

*/s/ Megan S. Goddard*
Megan S. Goddard, Esq.

Based on Ms. Goddard's representation that Plaintiff is not pursuing her Motion to Remand in light of Mr. Pike's affidavit, the pending motion to remand, Dkt. 9, is denied without prejudice. Plaintiff shall file her Complaint by November 6, 2024. The Clerk of Court is respectfully directed to close Docket Number 9.

SO ORDERED.
Date: October 17, 2024
New York, New York

JOHN P. CRONAN
United States District Judge