UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
HEATHER CUCCIA, :
:
Plaintiff, :
: 24 Civ. 2091 (JPC)
-v- :
: ORDER
GENESIS BAYUELO-PERRI and HF MANAGEMENT :
SERVICES, LLC d/b/a HEALTHFIRST, INC., :
:
Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On November 5, 2024, Plaintiff filed her Complaint on the docket as directed by the Court's October 17, 2024 Order. *See* Dkts. 25, 26. Defendants' deadline to respond to the Complaint is therefore November 26, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). By that date, Defendants shall either answer the Complaint or file any pre-motion letter in accordance with the Court's Individual Civil Rule 6.A.

SO ORDERED.

Dated: November 7, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge