# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 │ New York, NY 10006

Office. 646.964.1178

Fax. 212.208.2914

WWW.GODDARDLAWNYC.COM

December 5, 2024

**BY ECF**
Honorable Judge John P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    **Cuccia v. HF Management Services LLC d/b/a Healthfirst, Inc. et al.**
                **1:24-cv-02091 (JPC)**

Dear Judge Cronan:

    The undersigned counsel to Plaintiff Heather Cuccia ("Plaintiff") is the above-referenced matter. Plaintiff respectfully submits this letter with Defendant's consent to request an adjournment of the conference scheduled for December 13, 2024. The reason for this request is a conflict in Plaintiff's counsel's schedule on this date. The parties have conferred and confirmed their availability for the conference on December 18, 2024, and December 19, 2024.

    This is Plaintiff's first request for an adjournment of the Status Conference

    We thank the Court for its time and attention to this matter.

                                                 Respectfully submitted,

                                                 */s/ Megan Goddard, Esq.*
                                                 Megan S. Goddard, Esq.

---

The request is granted. The in-person conference currently scheduled for December 13, 2024 is adjourned to December 18, 2024 at 3:00 p.m. The Clerk of Court is respectfully directed to close Docket Number 32.

SO ORDERED.
Date: December 6, 2024
New York, New York

                                              JOHN P. CRONAN
                                  United States District Judge