```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
HEATHER CUCCIA,                                                        :
                                                                       :
                          Plaintiff,                                   :
                                                                       :      24 Civ. 2091 (JPC)
         -v-                                                           :
                                                                       :      ORDER
GENESIS BAYUELO-PERRI and HF MANAGEMENT                                :
SERVICES, LLC d/b/a HEALTHFIRST, INC.,                                 :
                                                                       :
                          Defendants.                                  :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of the parties' January 15, 2025 status letter. Dkt. 38. If counsel for Defendant HF Management Services, LLC intends to represent Defendant Genesis Bayuelo-Perri in this matter and move for dismissal for insufficient service of process on her, *see* Fed. R. Civ. P. 12(b)(5), counsel must file a notice of appearance on her behalf by January 24, 2025. Ms. Bayuelo-Perri shall respond to the Amended Complaint, Dkt. 36, by January 31, 2025. If Ms. Bayuelo-Perri does not respond to the Amended Complaint by that date, Plaintiff shall seek a Clerk's Certificate of Default against her by February 7, 2025.

The parties' status letter attached a proposed Case Management Plan and Scheduling Order, which failed to set deadlines for expert discovery, instead proposing that an expert discovery schedule be set "post summary judgment." *See* Dkt. 38, Exh. A. As indicated in the Court's model Case Management Plan and Scheduling Order, expert discovery typically shall be concluded within forty-five days of the completion of fact discovery "[a]bsent exceptional circumstances." By January 21, 2025, the parties shall make a submission explaining why the Court should deviate from that usual practice in this case. Otherwise, the Court will enter a discovery schedule that provides for the completion of expert discovery, and thus all discovery,

forty-five days after the completion of fact discovery.

    SO ORDERED.

Dated: January 16, 2025
      New York, New York

                                              JOHN P. CRONAN
                                        United States District Judge