# Exhibit A

Heather Cuccia: Expectation Discussions and Progress Notes

- **Time Management**
- **Substandard Work Performance**

<u>First Coaching:</u>

May 3rd – 1st Expectation discussion
    Substandard work performance

- **In the near future, we will meet to define your goals, how you will reach them and what steps or internal partners will be needed to accomplish them (remember to use all CE training materials)**

- **Always communicate challenges in a timely manner to avoid deadline delays and allow CE team to meet our BHAG.**

- Working independently is a great skill but always keep in mind that collaboration and being open to ideas or feedback from others can enhance your work, we are all on the same team working towards the same goal.

- **Prepare for all meetings: have an aim/agenda and ensure you know what you are trying to accomplish in the meeting.**

- Practice active listening, allow partners or stakeholders to share their feedback questions (we can discuss the opportunities and the alignment to the HF goals or collaboration during your 1:1s)

<u>Second Coaching:</u>

June 4th - 2nd Expectation discussion

- All events in MS Teams must be or continue to be entered for all lines of bussines.

- **Deadline for events must be meet every 26th of the month – Educate sales managers and partners on the importance for us to meet this deadline.**

- Requested a recap of upcoming fleet support events and premiums need it for events.
- Requested to send selected days need it at the CO in Hempstead. Please add the reason

- **We discussed the importance of prioritizing and meet sensitive deadlines. I suggested to color code your important assessments in outlook as a helpful remainder of the deadline.**

- Requested as a great way to guide you in the process of elaborating and delivering your events to please lead for our team our weekly events Vs Goals brainstorm session on Monday June 7th

- Reiterated the importance to please have an agenda for all sales managers meetings. We are aimed for a more organize system to track important project and valuable updates.

HF0071

- o   We discussed to continue to work together on providing and receiving feedback – I reminded that I had sent on 6/3 the training to be completed.

- o   We discussed the importance of utilized the opportunities to work together on projects as a chance for us to advance as a team. I suggested to allow me to be an extra set of eyes on some of the projects she currently working on. Mentioned sometimes having as much contribution from others on a project can help us see things that maybe missed.

- o   Heather suggested a quick call in the mornings to go over our plan for the day and to discuss if anything extra may be need it. I value your feedback. However, I have confidence in the great work you do in your market. I will be doing a quick check in via email to see if you need my support with anything you may be working on that day. And if it requires a call, I will be sure to do so.

**3rd Coaching**

**June 28th – 3rd Expectation discussion**

Deadline for events most be meet every 26th of the month – Heather missed team calendar deadline for the second time on a consecutive month.

- o   We discussed the importance of not missing deadlines for event calendar, weekly highlights, and financial request due to lack of time management between projects.
- o   Completed event request most be meet every 26th of the month.
- o   We discussed the reasons interfering on not been able to submit paperwork on time and we concluded that may a good time sharping some time management skills.
- o   We discussed Heather's wellbeing and ask if currently she was on need of FMLA or any extended PTO due to her expressing having a personal lost. We offered EAP if need it.
- o   Heather mentioned she do not feel like she need any support or time off at this time, but she will let me know if anything changes in the future.
- o   During our discussion I suggested to Heather few ideas for her to start to manage her time better and deliver task on time:
- o   Block few hours on the week where events need to be submitted to allow sufficient time for entry on MS team.
- o   Block some time on Mondays for administrative work.
- o   Educate partners on deadlines for her calendar to be on time.
- o   Complete class in workday / Manager send out a link via email of the class with Harvard Mentor to be completed by July 7th

**Team Coach and Support Meeting**

HF0072

**Incident notes:**

**August 1st event incident notes**

- Tuesday 7-26-21 I made Heather aware of the event taking place on Sunday.

- Heather complained about the manager bringing last minute events but when researched this event we found an email from Tatiana (Sales Manager) back in 7-7-21 to Heather.

- The next day Wednesday 7-27-21 Heather told you she won't cover the event because she has a family emergency on Sunday at the same timeframe of the event.

- Manager (Genesis Bayuelo) told Heather that we must cover the event since CE management agreed to cover the cost. Heather was very upset that Tatiana got her way and proposed not solution as a team player to assist the sales team instead she utilized HR resources requesting a meeting to make a complaint about her not been obligated to cover events on weekends. HR and I spoke with Heather and we agreed to communicate and collaborate with only booking major events on the weekends for Heather to have flexibility to take time off. Heather also advises that she will be able to communicate effectively and timely any challenges if she encounters prior covering an event in order effectively support her.

**August 24th**

- Heather on 8/24 had a meeting with sales managers and directors to go over September calendar of events.
- Meeting aim was to finalized calendar prior submitting on MS team for deadline on the 26th.
- Heather presented to sales managers only supermarkets blitz events on her calendar
- Events lacked on reflecting target territories opportunities, community activities or Medicare events
- Calendar of events raised a concerned-on sales team and CE management because we have been seeing Heather's lack of initiative on meeting partners virtually or in person.
- Heather limited her efforts to only outreach supermarkets and existing partners for the last few months.

**September 1st**

- Queens CE manager Tamar Ogburn stated that Heather scheduled an event on MS teams on early dismissal day.
- CE Manager Tamar Ogburn was compelled to coordinate with fleet support a cancelation of an events that Heather never coordinate, canceled, or inform to CE management nor Sales Team
- Fleet support team scheduled an employee to cover such event with extended overtime hours to assist CE team on these efforts.
- CE manager Tamar Ogburn called Heather in regards event and Heather stated not been aware of any upcoming event
- Heather ongoing lack of organization and time management poses a risk to our CE team BHAG
- Heather lack of organization skills continue to represent a challenge for internal and external relationship with partners and stakeholders

HF0073

Heather Cuccia: Expectation Discussions and Progress Notes

**8/18/21 CE team meeting with upper management to address bandwidth and collaboration on how to maximize our 40 hours of work.**

**Notes attachment below:**


CE Bandwidth Meeting 8.18.21.docx

- o Heather complained about to sales team and CE management in the past about bringing last minute events. With this meeting we provided Heather the tools and knowledge on how to collaborate with other teams to maximize her efforts during the 40 hours of work.
- o Heather during the team meeting didn't ask questions or provide any input or feedback.

**4th Coaching**
**8/24/21 4th Expectation discussion**

- o CE Manager requested a conference call to coach and support Heather on 8/24/21 with senior manager Tanya Whittmore
- o We addressed areas of improvement among following:
- ■ Lack of motivation and initiative on visiting or scheduling outreach efforts with HF partners to been able to have
- ■ Time management challenges on her weekly activities to balance time for outreach, and meet deliverables
- ■ We suggested to Heather connecting with existing partners that had collaborated with us in the past.
- ■ Senior Leader Tanya Whittmore emailed an old calendar of events to support Heather efforts
- ■ CE Manager emailed to Heather a master list of HF contacts for Heather to create new connection

**Healthfirst Mobile Initiative**
**Substandard work performance**

- o Heather has unsuccessful ensure enterprise-wide initiatives of mobile app download
- o Heather 2021 CE goal is to ensure she can successfully download a minimum of five (5) mobile applications per month
- o Create a minimum of one mobile app event per month to assist members with the mobile app download by December 31, 2021
- o 2021 Goals discussion was done with Heather on Wednesday, July 21, 2021, 12:48 PM

**September 10th**

- o Heather has been asked to Submit to CE management a CR weekly report every Friday as part of her 2021 CE performance goals.
- o CE weekly report reflects activities, recap and reports to CE activities including the following:
- ▪ Justification of Status if concern/problem
- ▪ (Risks/Issues/Dependencies)
- ▪ Impact if Concern/Problem
- ▪ Proposed Action/Mitigation if Concern/Problem.
- o CE weekly report assist CE specialist and CE management on measuring results of activities, partnership, and events.
- o After coaching session on August 24th Heather was expected to show some progress on her weekly outreach efforts
- o Heather stated via team group text on September 10th that she did not have activities to report on her weekly report ending on 9/10/21
- o When asked via text and an email for a reason she didn't have nothing to report. Heather chooses to not replay via text or email with a clear explanation of what her challenge was for her not to have any activities to report.
- o Heather was the only CE team member that did not submit weekly report on September 10th

**CE Management Supporting Efforts:**

- o Heather participates on weekly sales huddles and on weekly CE brainstorm sessions to obtain knowledge on current market trends, updates, and sales managers territories events suggestions.
- o Heather and I meet with the LI sales team on weekly 1.1's to provide feedbacks and discuss collaborative efforts.
- o LI CE manager have weekly event brainstorm huddles with Heather and team to open a space for a collaborative effort, financial request, premiums request, discuss opportunities, new partners and bring current updates or challenges for management to support efforts and allocated resources.
- o Online Training on Time management on workday
- o Several coaching efforts to assist on event planning, calendar management, time challenges concerns, field visits and events
- o Several senior management meetings including our VP Miguel Centeno
- o **8/18/21 CE team meeting with upper management to address bandwidth and collaboration on how to maximize our 40 hours of work.**

HF0075

**Monthly Coaching Support Provided:**

- Weekly events discussion meetings
- Weekly one on one
- Meetings with managers and Heather weekly
- Collaborate and support offering time off and flex time
- Continue to provide voice to team and Heather
- Assisted on covered events for my team if need it
- Heather has been provided with a training on how to proceed to assist a member to download our HF app
- Heather has access to ask questions to HF app initiative to all CE leaders and initiative project managers
- Heather has brainstorm meetings with CE management to address any challenges, questions, or concerns on meeting this goal.
- 

**Plan of Action:**

- Continue to monitor and support Heather efforts on a weekly basics
- Meet with Heather on the field to assist on outreach efforts
- Continue to meet with Heather and sales team to address any challenges or concerns
- Assist Heather on lighting up her weekly bandwidth
- Heather will submit fleet support and calendar of events for management t approval prior submitting it on MS team or request fleet support
- Meet with Queens manager Tamar Ogburn to assist Heather on meeting deliverables on time for both markets.

2021 Goals discussion was done with Heather on Wednesday, July 21, 2021 12:48 PM

HF0076