# Exhibit B

**From:** Bayuelo-Perri, Genesis
**Sent:** Thursday, September 23, 2021 1:15 PM
**To:** Cuccia, Heather <hcuccia@Healthfirst.org>
**Cc:** Whittmore, Tanya <TWhitmore@Healthfirst.org>
**Subject:** 9/23/21 Heather Cuccia ID 24009 Perf Warning

Good Afternoon Heather,

Per our discussion, I have attached the Improvement Expectations and Warning document. I, Genesis Bayuelo, agree to adhere to the action plan set out and assist you in your continued progress. By responding to this email you acknowledge receipt of the Improvement Expectations and Warning document and the discussion regarding your performance. ==Be mindful that receiving this warning prevents you from being eligible for promotions or job transfers for the next 6 months as per the Disciplinary Action Policy, see page 10 of the Employee Manual.==

Please sign the attached document and return it to me.

Thank you

*Genesis Bayuelo*

*Community Relations Manager*

*LI Division. PHSP,Medicare & MLTC*

*Healthfirst*

*100 Church New York, NY 10007*

*Cell: 917-513-4427*

*Gbayuelo-perri@healthfirst.org*

*www.healthfirst.org*

HF0031



# PERFORMANCE IMPROVEMENT EXPECTATIONS AND WARNING

| | |
|---|---|
| **To**: | Heather Cuccia, ID 24009<br>Community Relations Specialist, DOH: 12/02/20219 |
| **From:** | Genesis Bayuelo-Perri – Community Engagement Manager |
| **Date**: | September 23, 2021 |
| **Subject:** | Performance |

Heather, this memo acts as a written warning for unsatisfactory performance. As a Community Relations Specialist, your job responsibilities entail identifying and creating access to marketing sites and scheduling events for Healthfirst sales units, amongst other job duties. As a Specialist, it is critical that your performance meet expectations.

As you know, we have performance expectations for your role like, attention to detail, the ability to follow instructions, time management while managing the Go-Forward Focus CE Goals and assigned initiatives such as: LOB events and Fleet support, among other CE assigned initiatives. Your work over the last 5 months has been below expectations. Specifically, you have demonstrated a lack of attention to detail, inability to follow instructions, poor time management and overall, a substandard work performance. To date, I have not seen meaningful and sustained improvement.

Summarized below are examples of these gaps, and a reiteration of expectations.

| Task | Issues Identified | Expectations |
|---|---|---|
| Project Management of Assigned Initiatives:<br>• COVID 19 Project<br>• Various Sales Events (PHSP/Medicare)<br>• Fleet Support<br>• CE Assigned initiatives (ad-hoc) | • Ongoing lack of attention to detail<br>• Inability to follow instructions<br>• Poor time management while coordinating projects<br>• Deadlines missed<br>• Delays with report submission<br>• Delayed responses (emails/calls etc.) | • Focus on the details needed to complete your tasks<br>• If you do not understand the task or the instructions, ask questions<br>• Create reminders or calendar reminders to break out your tasks and ensure a successful initiative<br>• Record/track your initiatives and confirm the dates, location etc. so we can have a good number of attendees<br>• Complete tasks and meet deadlines, if you perceive a delay let me know so we can discuss next steps together<br>• Produce reports or metrics as requested<br>• Actively communicate with me and |

HF0032



|  |  | respond to all calls/emails in a timely manner |
|---|---|---|

We have discussed your performance issues each month since May to present. During these meetings I have coached you on tips for event planning, project management and time management concerns. You were told about a time management Workday training on 6/3/21 and it was completed by July. We reviewed specific goals, how to reach them and what steps or internal partners you will need to work with, to accomplish them. I also provided additional resources such as:

- American Management Association Training from January 27th – February 9th on project management skills, strategic thinking, strategic sales negotiations, critical thinking, business writing and story-telling.
- CE lab access with available resources on step-by-step project management and task management templates and training modules.
- CE activation team meetings to coordinative and assist with projects and initiatives.
- CE senior leadership meeting on 8/18/21 to assist with bandwidth providing coaching and support on how to maximize our 40 hours of work.
- Management had offered time off and flex time as needed.
- Weekly CE brainstorming sessions to coach. assist, review, discuss best practices and identify issues before raising into a concern while managing assigned initiatives.

In our conversations, you are not always receptive to feedback; at times you may take notes or you deflect my questions/concerns and blame others for various issues. Despite these discussions and additional resources, you continue to not meet your job expectations and I have ongoing concerns about your performance.

**Action Plan:**

You are expected to close these performance gaps and show progress with how you manage and ensure the success of your assigned initiatives. Overall, your work should be accurate and fully completed by the established deadlines given to you with all the necessary details.

In addition, to closing your performance gaps, I expect you to:
- Identify what may be causing you issues and share with me, so I can address
- Review job aids, work processes, and any other materials provided
- Ask for clarification if needed, and be an active participant in improving your performance

To support you in doing so, I will:
- Meet with you weekly to check in on how you think things are going, and give you feedback
- Respond to any questions or issues you are having in a timely way
- Identify other resources that can support you as you close these gaps for example new trainings from the American Management Association on project management

HF0033



- I will arrange for you to be mentored by other CE specialists or shadow a colleague's work to see how he/she handles time management while coordinating projects

Immediate improvement is required, and it is expected that you will be meeting and sustaining performance standards. Failure to meet the above noted action plans will result in further disciplinary action, up to and including termination of employment.

Genesis Bayuelo- Perri
_____
(Manager's signature)
9-23-21
_____
(Date)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**I acknowledge receipt of this Performance Improvement Expectations and Warning document.**


_____
(Employee Signature)


_____
(Date)


Employee Comments:
_____
_____
_____
_____

HF0034