# Exhibit C



## JUSTIFICATION OF TERMINATION

| To: | Michelle Hicks, HRBP VP |
|---|---|
| From: | Genesis Bayuelo, Community Engagement Manager |
| Date: | 12/8/21 |
| Subject: | Justification of Termination – **Heather Cuccia EID: 24009** |
| **Anticipated Action Date:** | 1/10/2022 |
| **Anticipated Action Method: Zoom** | |

This document serves as a request to terminate Heather Cuccia, for whom we have the following data:
- Department: Community Engagement
- Title – Community Engagement Specialist
- Hire Date/Tenure in role – 12/02/2019
- Prior Performance Ratings – Solid Impact (2020)
- Warning: Yes, September 23rd, 2021

This recommendation of termination results from this employee's ongoing lack of attention to detail, inability to follow instructions, poor time management while coordinating projects and delays with report submission. As noted, Heather Cuccia received a warning on September 23rd,2021 which was delivered after she received coaching and feedback on her performance and improvement was not demonstrated.

Since the warning was issued the following support/guidance has occurred:
- Meet with her weekly to check in on how things are going, and provided feedback timely
- Heather was assigned Critical Thinking and Project Management training from the American Management Association, and it was completed by November 17th, 2021
- A CE specialist was assigned to Heather so she could shadow her work and see how he/she handles time management while coordinating projects. Heather met with the employee twice but did not keep up with the sessions

Despite additional support and efforts by leadership the following behaviors occurred:
- On November 10th, another Mgr. Tamar Ogburn requested the Medicare Dashboard Initiative report from Heather with a due date of November 12th. The report was not received until November 19th, 2021. There was a lot of back and forth for updates,

HF0099



careless errors were made, and this caused the report to be submitted late to the Executive team. Tamar had to complete the report since Heather did not do that correctly or timely.
- The weekly recap reports are submitted but not in the correct format and it was late. There was a lot of back and forth once again between myself and Heather even after she received the correct format from a peer and myself. This report was needed for my leader, and it was late as well. Another example that Heather does not pay attention to details or follow instructions.
- The financial report which is due each month was not completed, I provided Heather with contacts she needed to follow up with on 11/22 and the report was due back 11/25. I was on PTO and had to follow up with Heather on 11/30 and 12/2 because I never received the data. I asked for an extension due to her delays.
- I create calendar reminders for my team regarding all reports, but Heather is consistently late and does not pay attention to details. I typically have to email or call Heather and hunt her down to get something done.
- For the current Flu Vaccine Initiative project, the team goal is 500 members vaccinated, which should be roughly 83 members per team member, currently Heather is the only person with 0 members reported.

In addition to the performance concerns, on November 18th Senior Community Manager Tanya Whitmore received a phone call from Tamar Ogburn Community Engagement Manager regarding a conversation she had with a member of her team. Tamar shared that Nerlande Malvoisin recently spoke to Raymond Smith (a termed employee). Raymond told her that he was on the phone with Heather but he could hear another peer, Carmen Smith talking about him and she called him lazy. Carmen was not aware Raymond could hear her. This situation was escalated to HR and an investigation was conducted but Heather denies knowing anything about this. This is an example of Heather causing issues within the department. There are other instances where Heather has been known to speak negatively about the department or peers to other groups.

Keeping Heather employed with the company is a risk because she does not contribute to the team, I do not have confidence in her work, I cannot trust that when she is assigned something it will be done. I have to follow up with her multiple times to receive reports and even then the work is not correct. Given the recent situation from November 18th, Heather does not encourage a positive work environment and we are unsure that she can represent the department and Healthfirst in a positive light at all times.

For all of the above-mentioned reasons, I am requesting your support for immediate termination of Heather Cuccia.

HF0100