**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

HEATHER CUCCIA,

Plaintiff,

-against-

HF MANAGEMENT SERVICES, LLC

Defendants.

---------------------------------------------------------------X

24 **CIVIL** 2091 (JPC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 21, 2026, the Court grants Defendants' motion for summary judgment in its entirety; accordingly, the case is closed.

**Dated:** New York, New York

July 21, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**